David J. Merrill (NV Bar No. 6060)
DAVID J. MERRILL, PC
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 556-1935
Fax; (702) 924-0787
E-mail: david@djmerrillpc.com

Patrick J. Folan (CA Bar No. 125340)
Michael R. Minguet (CA Bar No. 204027) (*PRO HAC VICE*)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Blvd., Suite 550
Torrance, California 90503-6528
Telephone: (310) 792-1075
Facsimile: (310) 792-0635
E-mail: pjfolan@swbf.net; mrminguet@swbf.net

Attorneys for Plaintiff/Judgment Creditor
Michael Frungillo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Frungillo,<br><br>    Plaintiff,<br><br>vs.<br><br>Imperia Entertainment, Inc.; Never Submit, LLC; Kenneth Eade; and Wachovia Bank,<br><br>    Defendants. | CASE No. 2:18-cv-00239-GMN-GWF<br><br>**[PROPOSED] ORDER TO CONTINUE EXAMINATION OF JUDGMENT DEBTOR VIRATECH CORP.** |

Based on the Stipulation to Continue Examination of Judgment Debtor Viratech Corp., and for good cause shown, the Judgment Debtor Examination currently set for August 27, 2018, is CONTINUED to September _25_, 2018 at

---

1
[PROPOSED] ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION
CASE No. 2:18-cv-00239-GMN-GWF

9:30 a.m. at the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada 89501, at a courtroom to be determined at which time the Judgment Debtor will produce books, papers, and records now in their possession or control, which evidence or indicate in any way Judgment Debtor's property, assets, and liabilities of any kind.

**IT IS SO ORDERED.**

DATED: 8/23/2018

_____
UNITED STATES MAGISTRATE JUDGE