David J. Merrill (NV Bar No. 6060)
DAVID J. MERRILL, PC
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 556-1935
Fax; (702) 924-0787
E-mail: david@djmerrillpc.com

Patrick J. Folan (CA Bar No. 125340)
Michael R. Minguet (CA Bar No. 204027) (*PRO HAC VICE*)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Blvd., Suite 550
Torrance, California 90503-6528
Telephone: (310) 792-1075
Facsimile: (310) 792-0635
E-mail: pjfolan@swbf.net; mrminguet@swbf.net

Attorneys for Plaintiff/Judgment Creditor
Michael Frungillo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Frungillo, | CASE No. 2:18-cv-00239-GMN-GWF |
| Plaintiff, | |
| vs. | **SECOND STIPULATION CONTINUING EXAMINATION OF JUDGMENT DEBTOR VIRATECH CORPORATION** |
| Imperia Entertainment, Inc.; Never Submit, LLC; Kenneth Eade; and Wachovia Bank, | |
| Defendants. | |

**WHEREAS**, on July 18, 2018, the Court initially ordered Judgment Debtor Viratech Corp. to appear and be examined under oath on August 27, 2018 at 9:30 a.m. at the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada 89501, at a courtroom to be determined at which time the Judgment

Debtor will produce books, papers, and records now in their possession or control, which evidence or indicate in any way Judgment Debtor's property, assets, and liabilities of any kind;

**WHEREAS**, Judgment Creditor Michael Frungillo timely served notice of the Judgment Debtor Examination on Fred Schiemann, the registered agent for service of process for Judgment Debtor. In addition, Mr. Schiemann represents and agrees that he is the proper authorized representative to appear and be examined under oath at the Judgment Debtor Examination on behalf of Judgment Debtor;

**WHEREAS**, due to Mr. Schiemann being out of the country and unavailable, the parties stipulated to continue the Judgment Debtor Examination and, by Order dated August 23, 2018, the Court continued the Judgment Debtor Examination to September 25, 2018 at 9:30 a.m.;

**WHEREAS**, Mr. Schiemann has produced and is continuing to produce significant documents pursuant to Judgment Creditor's subpoena in advance of the Judgment Debtor Examination, and Mr. Schiemann has and continues to make good faith efforts to cooperate in the production of documents in his possession, custody or control;

**WHEREAS**, Judgment Creditor and Mr. Schiemann agree that additional time is necessary to complete the production and review of documents within Mr. Schiemann's possession, custody and control;

**NOW, THEREFORE**, in the interest of efficiency and cooperation, Judgment Debtor and Mr. Schiemann hereby stipulate and agree to continue the Judgment Debtor Examination to a mutually convenient date that would permit Mr. Schiemann time to complete production of relevant documents and Judgment Debtor to review such documents. More specifically, Judgment Debtor and Mr.

Schiemann propose the following alternative dates for the continued Judgment Debtor Examination: October 25, 26, 29, 30 and November 5, 7, 8 and 9, 2018.

Dated: September 21, 2018        ST. JOHN, WALLACE, BRENNAN
                                      & FOLAN LLP

                                      */s/ Michael R. Minguet*
                                      MICHAEL R. MINGUET, ESQ.
                                      CA State Bar No. 204027 (*Pro Hac Vice*)
                                      Attorneys for Judgment Creditor
                                      MICHAEL FRUNGILLO

Dated: September 21, 2018        HOFFMAN & TEST

                                        */s/ John W. Hoffman*
                                      JOHN W. HOFFMAN, ESQ.
                                      NV Bar No. 857
                                      Attorney for Fred Schiemann, registered
                                      agent for Judgment Debtor VIRATECH
                                      CORP.

1  David J. Merrill (NV Bar No. 6060)
   DAVID J. MERRILL, PC
2  10161 Park Run Drive, Suite 150
   Las Vegas, NV 89145
3  Telephone: (702) 556-1935
   Fax; (702) 924-0787
4  E-mail: david@djmerrillpc.com

5
   Patrick J. Folan (CA Bar No. 125340)
6  Michael R. Minguet (CA Bar No. 204027) (*PRO HAC VICE*)
   ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
7  21515 Hawthorne Blvd., Suite 550
   Torrance, California  90503-6528
8  Telephone:  (310) 792-1075
   Facsimile:  (310) 792-0635
9  E-mail: pjfolan@swbf.net; mrminguet@swbf.net

10
   Attorneys for Plaintiff/Judgment Creditor
11 Michael Frungillo

12                UNITED STATES DISTRICT COURT

13                    DISTRICT OF NEVADA

14  Michael Frungillo,                )  CASE No. 2:18-cv-00239-GMN-GWF
                                      )
15                    Plaintiff,      )
                                      )  **[PROPOSED]** **ORDER TO**
16  vs.                               )  **CONTINUE EXAMINATION OF**
                                      )  **JUDGMENT DEBTOR VIRATECH**
17                                    )  **CORP.**
                                      )
18  Imperia Entertainment, Inc.; Never )
    Submit, LLC; Kenneth Eade; and    )
19  Wachovia Bank,                    )
                                      )
20                                    )
                                      )
21                    Defendants.     )
                                      )
22  _____

23

24

25         Based on the Second Stipulation to Continue Examination of Judgment

26  Debtor Viratech Corp., and for good cause shown, the Judgment Debtor

27  Examination  currently  set  for  September  25,  2018,  is  CONTINUED  to

28  _____

~~October/~~November __5__, 2018 at 9:30 a.m. at the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada 89501, at a courtroom to be determined at which time the Judgment Debtor will produce books, papers, and records now in their possession or control, which evidence or indicate in any way Judgment Debtor's property, assets, and liabilities of any kind.

**IT IS SO ORDERED.**

DATED: __9/24/2018__    _____

UNITED STATES MAGISTRATE JUDGE